No. 595, Misc. SLAUGHTER *v.* GEORGIA. Court of Appeals of Georgia. Certiorari denied.

No. 597, Misc. BAKER *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 598, Misc. JUDKINS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 611, Misc. EDDE *v.* COLUMBIA UNIVERSITY ET AL. Supreme Court of New York, New York County. Certiorari denied. Petitioner *pro se.* *Edward D. Burns, John A. Kiser* and *Martin Fogelman* for Columbia University, and *Charles A. Brind, Jr.* for the Commissioner of Education of New York, respondents. ▮

No. 124. WILLIAMS *v.* OKLAHOMA, 358 U. S. 576;

No. 528. BASS *v.* UNITED STATES ET AL., 358 U. S. 333;

No. 206, Misc. FLOWERS *v.* TRAVELERS INSURANCE Co., *ante,* p. 920;

No. 365, Misc. UNITED STATES EX REL. COBB *v.* CAVELL, WARDEN, *ante,* p. 916;

No. 387, Misc. KETCHUM *v.* UNITED STATES, *ante,* p. 917;

No. 417, Misc. AMBROSINI *v.* UNITED STATES, *ante,* p. 918; and

No. 423, Misc. UNITED STATES EX REL. WILLIAMS *v.* McMANN, ACTING WARDEN, ET AL., *ante,* p. 928. Petitions for rehearing denied.

No. 494. PURITAN CHURCH BUILDING FUND ET AL. *v.* UNITED STATES ET AL., 358 U. S. 927. Motion for leave to file second petition for rehearing denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.